UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOY BARONE, CHRISTINE CARNEY, JASON
JOHANNING, JARRETT REICH, and TAWHID
ALI,

                                                                                     JUDGMENT
                                                                                     20-CV-5978 (NGG) (CLP)

                Plaintiffs,

                v.

INSPIRE SUMMITS LLC d/b/a SKYTOP STRATEGIES
and CHRISTOPHER SKROUPA,

                Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 4 2022, granting Defendants' [25] motion to dismiss without prejudice as to all claims; it is

       ORDERED and ADJUDGED that Defendants' [25] motion to dismiss is granted without prejudice as to all claims.

Dated: Brooklyn, NY                                               Brenna B. Mahoney
       August 8, 2022                                                Clerk of Court

                                                          By:     /s/*Jalitza Poveda*
                                                                     Deputy Clerk